UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LORETTA OSBORNE, | ) |
| | ) **ELECTRONICALLY FILED** |
| Plaintiff, | ) |
| | ) |
| vs. | ) **CIVIL ACTION NO. 09-cv-00663** |
| | ) |
| COMMUNITY OPTIONS, INC., and | ) |
| LIFE INSURANCE COMPANY OF | ) **Judge Nora Barry Fischer** |
| NORTH AMERICA, d/b/a CIGNA, | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

It is hereby stipulated, by and between counsel for Plaintiff Loretta Osborne, and Defendants Life Insurance Company of North America and Community Options, Inc., that all the claims set forth against the Defendants in the above-captioned action are hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

Except as provided by agreement, the parties shall bear their own attorneys' fees and costs.

/s/ Gregory G. Paul
Gregory G. Paul (ID No. 83334)
MORGAN & PAUL, PLLC
409 Broad Street, Suite 270
Sewickley, PA 15143
412.259.8375
888.822.9421 (fax)
gregorygpaul@gmail.com

Attorney for Plaintiff

/s/ Stephanie R. Reiss
Stephanie R. Reiss (ID No. 88316)
John G. Ferreira (ID No. 39223)
MORGAN, LEWIS & BOCKIUS LLP
32nd Floor, One Oxford Centre
Pittsburgh, PA 15219
412.560.3300
412.560.7001 (fax)
sreiss@morganlewis.com
jferreira@morganlewis.com

Attorneys for Defendants Life Insurance
Company of North America and
Community Options, Inc.

DB1/64293174.1

AND NOW, this 27th day of January, 2010,
IT IS SO ORDERED.

_/s/ Nora Barry Fischer_
UNITED STATES DISTRICT JUDGE